IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| STEPHANIE L. SMALLFOOT | CASE: 19-13953KHT |

DEBTOR

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of the proposed chapter 13 Plan and states:

1. Debtor is not current on Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. § 1326.

2. The Debtor has failed to provide the Trustee with a copy of the 2018 federal income tax return, the most recent tax year ending immediately before the commencement of the instant case in violation of 11 U.S.C. § 521(e)(2)(A)(i).

3. Debtor should timely provide proof of the $262.00 support income to the Chapter 13 Trustee. 11 U.S.C. §§ 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

4. Due to a change in circumstances since filing, Schedules I and J do not reflect Debtor's current financial situation, thereby preventing the Trustee from evaluating good faith, feasibility and disposable income contributions. 11 U.S.C. §§ 1325(a)(6), 1325(a)(3), and/or 1325(b). The Debtor testified as of June 15, 2019 she had a $7,000.00 per year raise.

5. The Trustee reserves the right to amend his objection and to report on the payment history at any confirmation hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

June 25, 2019

Respectfully submitted,

                                                   s/Aimee Grimsley
                                                   Aimee Grimsley, #39723
                                                   Attorney for Chapter 13 Trustee,
                                                   Adam M. Goodman
                                                   P.O. Box 1169
                                                   Denver, CO  80201-1169
                                                   (303) 830-1971
                                                   FAX (303) 830-1973
                                                   agrimsley@ch13colorado.com

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above Objection to Confirmation was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on June 25, 2019 addressed as follows:

STEPHANIE L. SMALLFOOT
9559 W. COAL MINE AVE., #H
LITTLETON, CO 80123

VIA CM/ECF
ROBERT V SALTER
ALLSTATE LAW CENTER, PC

\s\ amg
Chapter 13 Trustee Staff Member