UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

In re:

LEXINGTON VILLAGE ONE CONDOMINIUM ASSOCIATION, INC.
Movant,

v.

STEPHANIE L. SMALLFOOT
ssn: xxx-xx-8680

CASE NO.: 19-13953-KHT
Debtor,                                       Chapter 13

## MOTION TO APPROVE STIPULATION REGARDING DELINQUENT POST-PETITION ASSESSMENTS

The Plaintiff, through its attorneys, WesternLaw Group, LLC, and the Debtor, agree and stipulate to the following:

1. Debtor agrees that she is indebted to Plaintiff in the amount of $1,408.75 for past due post-petition assessment, late charges, interest, attorney fees, and costs through September 12, 2019.

2. Plaintiff agrees to stay all further proceedings in the matter and on the condition that Debtor pays to Plaintiff the sum of $1,408.75 payable as follows:

    a. $352.40 on or before the 30th of each month commencing October 30, 2019 and continuing each and every month thereafter until the $1,408.75 is paid in full.
    b. This plan is to last twelve (12) months.
    c. The parties agree that $235.00 of each monthly payment shall be applied toward current assessments, and $117.40 shall be applied towards the arrears.
    d. The regular monthly assessment is currently $235.00, but may be increased or decreased as provided in the Declaration. If the monthly assessment increases, the Debtor understands that she shall be responsible for the additional amounts.
    e. Upon the completion of this plan in twelve (12) months, Debtor is to pay the regular monthly assessment to WesternLaw Group LLC until the Bankruptcy is discharged.

3. All payments shall be made payable to "Lexington Village One Condominium Association" and mailed or delivered to WesternLaw Group LLC, 9351 Grant Street, Suite 120, Thornton, CO 80229.

4. In the event Debtor fails to make a payment called for in Paragraph 2, Plaintiff may proceed with a Motion to Dismiss Bankruptcy Case, or a Motion for Relief from Stay and all costs associated with this action will be the responsibility of Debtor.

5. The parties agree that this Stipulation shall be made an Order of the Court.

WHEREFORE, Plaintiff requests an Order approving the Stipulated Agreement between Plaintiff and Defendant.

Respectfully submitted this __19th__ day of September, 2019.

WesternLaw Group LLC
*[original signature on file]*
By:/S/   Angela Hopkins
Angela Hopkins, #48868
Attorney for Murphy Creek Master Association, Inc.

Stephanie Smallfoot
Debtor

Robert V. Salter
Attorney for Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Approve Stipulation has been mailed by U.S. Mail, postage prepaid thereon, on September 19, 2019, addressed as follows:

Robert Salter
12835 E. Arapahoe Road
Tower I - Suite 200
Centennial, CO 80112

Stephanie L. Smallfoot
9559 W. Coal Mine Ave., #H
Littleton, CO 80123

Adam M. Goodman
Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201

*S/ Angela Hopkins*