UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

In re:

Lexington Village One Condominium Association, Inc.
Movant,

v.

Stephanie L. Smallfoot
ssn: xxx-xx-8680

CASE NO.: 19-13953-KHT
Debtors, Chapter 13

ORDER TO APPROVE STIPULATION

THE COURT, having reviewed the Stipulation for Post-Petition HOA Assessments and Motion to Approve Stipulation submitted by the parties, and being advised, hereby

ORDERS that the Motion is granted, and the terms of the Stipulation are approved and made an Order of this Court.

Dated: September 23, 2019

_____
Bankruptcy Judge