# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| STEPHANIE L. SMALLFOOT, | Chapter 13 |
| Debtor. | Case No. 19-13953-KHT |

## RESPONSE TO TRUSTEE'S
## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

COMES NOW, Debtor, Stephanie L. Smallfoot, by and through undersigned counsel of record, and hereby responds to the Trustee's Motion to Dismiss for Failure to Make Plan Payments as follows:

1. The Debtor filed her Chapter 13 Voluntary Petition and Chapter 13 Plan on May 9, 2019. The Debtor attended the §341 Meeting of Creditors on June 18, 2019. Debtor's Chapter 13 Plan was confirmed on January 3, 2020.

2. On January 10, 2020, the Chapter 13 Trustee filed a Motion to Dismiss for Failure to make Plan Payments. The Trustee alleges the Debtor was $599.98 behind in payments through December, 2019.

3. Debtor has informed Counsel that she intends to pay $500.00 on February 5, 2020 and again on February 20, 2020. She intends to pay $500.00 every 5th and 20th of the month until she is caught-up.

WHEREFORE, Debtor, Stephanie L. Smallfoot, respectfully requests the Court Deny the Chapter 13 Trustee's Motion to Dismiss for Failure to Make Plan Payments.

DATED this 27th day of January, 2020.

Respectfully Submitted,

 /s/ Robert V. Salter
Robert V. Salter, #36820
*Attorney for Debtor*
Allstate Law Center, PC
6850 W. 52nd Ave.
Suite 102
Arvada, CO 80002
(720) 386-6025

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Response to Trustee's Motion to Dismiss for Failure to Make Plan Payments** was served by placing the same in the United States Mail, first class postage pre-paid, this 27th day of January, 2020, to the following:

Stephanie L. Smallfoot
9559 W. Coal Mine Ave., #H
Littleton, CO 80123

Adam M Goodman (via ECF)
Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201

BARRETT FRAPPIER & WEISSERMAN, LLP (via ECF)
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001

Angela Hopkins (via ECF)
9351 Grant Street, Suite 120
Thornton, CO 80229
Attorneys for Lexington Village One Condominium Association, Inc.


/s/ Robert V. Salter
Robert V. Salter