UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

In re:

LEXINGTON VILLAGE ONE CONDOMINIUM ASSOCIATION, INC.
Movant,

v.

STEPHANIE L. SMALLFOOT
ssn:  xxx-xx-8680

CASE NO.: 19-13953-KHT
Debtor,                                                                                                      Chapter 13

**NOTICE PURSUANT TO RULE 9013-1.1**

**OBJECTION DEADLINE:  MARCH 30, 2020**

**YOU ARE HEREBY NOTIFIED** Lexington Village One Condominium Association, Inc. (the "Association") has filed a Motion to Dismiss Bankruptcy Case, with the bankruptcy court and requests the following relief:

1.  This bankruptcy case be dismissed unless the post-petition account is brought current in the amount of $2,518.25 through February 26, 2020 and for attorney's fees of $301.00 to draft and file this motion, for a total of $2,819.25.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated:  February 26, 2020.                    WesternLaw Group LLC
                                              [*original signature on file*]

                                              By:/S    *Angela Hopkins*
                                              Angela Hopkins, #48868
                                              9351 Grant Street, Suite 120
                                              Thornton, CO  80229
                                              (720) 542-8724
                                              Attorney for Lexington Village One Condominium Association, Inc.