# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| STEPHANIE L. SMALLFOOT, | Chapter 13 |
| Debtor. | Case No. 19-13953-KHT |

## DEBTOR'S RESPONSE TO MOTION TO ENFORCE TERMS OF THE STIPULATION AND TO DISMISS BANKRUPTCY CASE

COMES NOW, Debtor, Stephanie L. Smallfoot, by and through her attorney of record, and hereby responds to creditor, Lexington Village One Condominium Association, Inc.'s (the "Movant") Motion to Enforce Terms of the Stipulation and to Dismiss Bankruptcy Case as follows:

1. The Debtor filed her Chapter 13 Voluntary Petition and Chapter 13 Plan on May 9, 2019. The Debtor attended the §341 Meeting of Creditors on June 18, 2019.

2. On February 26, 2020, the Movant filed a Motion to Enforce Terms of the Stipulation and to Dismiss Bankruptcy Case, alleging the Debtor was $2,518.25 in arrears on post-petition payments including those payments due under the Stipulation filed on September 19, 2019.

3. On February 27, 2020, Debtor informed Counsel that she was going to make a $1,400.00 payment and use her 2019 tax refunds to satisfy the remaining delinquency. As of today, Counsel has not been able to verify if any payments have been made.

WHEREFORE, Debtor, Stephanie L. Smallfoot, respectfully requests the Court deny the Movant's Motion to Enforce Terms of the Stipulation and to Dismiss Bankruptcy Case.

Respectfully Submitted,

 /s/ Robert V. Salter
Robert V. Salter, #36820
*Attorney for Debtor*
Allstate Law Center, PC
6850 W. 52nd Ave.
Suite 102
Arvada, CO 80002
Tel: (720) 386-6025

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March, 2020, I delivered a true and correct copy of the foregoing **DEBTOR'S RESPONSE TO MOTION TO ENFORCE TERMS OF THE STIPULATION AND TO DISMISS BANKRUPTCY CASE** by placing it in the U.S. Mail, first class, postage prepaid, addressed to the following parties:

Stephanie L. Smallfoot
9559 W. Coal Mine Ave., #H
Littleton, CO 80123

Adam M Goodman (via ECF)
Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201

BARRETT FRAPPIER & WEISSERMAN, LLP (via ECF)
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001

Angela Hopkins (via ECF)
9351 Grant Street, Suite 120
Thornton, CO 80229


/s/ Robert V. Salter
Robert V. Salter