UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  CASE NO: 19-13953KHT
STEPHANIE L. SMALLFOOT  CHAPTER 13

Debtor

CHAPTER 13 TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Comes now, Adam M. Goodman, Standing Chapter 13 Trustee, and moves this Honorable Court to dismiss this case based on the following:

1. Debtor filed the instant case under Chapter 13 on May 9, 2019. The Chapter 13 Plan was confirmed on January 3, 2020.

2. The Debtor in the above captioned case filed the Plan and proposed current monthly payments of $ 600.00 per month.

3. The Debtor has failed to comply with the requirement of making regular monthly Plan payments. The total of payments due through April 2020 is $4,435.98. The Debtor has paid a total of $2,636.00, causing a delinquency of $1,799.98 through April.

4. The last payment having been received by the Trustee on February 13, 2020.

5. Payment of $1,799.98, plus the May payment, is required to be current through May 2020.

6. THE DEBTOR SHALL BE ACCOUNTABLE FOR ANY PAYMENTS WHICH BECOME DUE AFTER THE DATE OF THIS MOTION AND UP TO THE DATE OF THE MEETING WITH THE TRUSTEE

WHEREFORE, the Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307(c)(1) and (6).

Dated: May 8, 2020  By: s/Adam M. Goodman
Adam M. Goodman
Standing Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201
Phone: (303) 830-1971
Fax: (303) 830-1973
agoodman@ch13colorado.com

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                             CASE NO: 19-13953KHT
STEPHANIE L. SMALLFOOT               CHAPTER 13

DEBTOR

## NOTICE PURSUANT TO L.B.R. 9013-1 OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

# OBJECTION DEADLINE: May 26, 2020

**NOTICE IS HEREBY GIVEN** that the Chapter 13 Trustee (the "Movant") has filed a Motion to Dismiss with the Bankruptcy Court and requests the following relief: Dismiss Chapter 13 case for failure to make plan payments.

    If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

    In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: May 8, 2020                          By:   s/Adam M. Goodman
                                                                       Adam M. Goodman
                                                                        Standing Chapter 13 Trustee
                                                                        P.O. Box 1169
                                                                        Denver, CO 80201-1169
                                                                        (303) 830-1971
                                                                        Fax: (303) 830-1973
                                                                        agoodman@ch13colorado.com

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                             CASE NO: 19-13953KHT
STEPHANIE L. SMALLFOOT                   CHAPTER 13

DEBTOR

CERTIFICATE OF SERVICE

   The undersigned certifies that on May 8, 2020, I served a complete copy of the Chapter 13 Trustee's Motion to Dismiss and Notice on all parties against whom relief is sought and those otherwise entitled to service at the following addresses:

STEPHANIE L. SMALLFOOT, 9559 W. COAL MINE AVE., #H, LITTLETON, CO 80123 ,

ROBERT V SALTER, via CM/ECF

                                               By:    s/Adam M. Goodman
                                                       Adam M. Goodman
                                                       Standing Chapter 13 Trustee
                                                       P.O. Box 1169
                                                       Denver, CO 80201-1169
                                                       (303) 830-1971
                                                       Fax: (303) 830-1973

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                           CASE NO: 19-13953KHT
STEPHANIE L. SMALLFOOT            CHAPTER 13

DEBTOR

ORDER DISMISSING CHAPTER 13 CASE AFTER CONFIRMATION OF PLAN

THIS MATTER comes before the Court on the Motion to Dismiss filed by the Chapter 13 Trustee. Notice has been given to the Debtor and Debtor's counsel. No timely objection has been filed. The Court

FINDS that:

1. Cause exists for dismissal of this case pursuant to 11 U.S.C. Section 1307.
2. A Plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

IT IS THEREFORE ORDERED that:

1. THIS CASE IS DISMISSED. The Clerk of the Court shall serve this Order on all creditors and parties in interest within fourteen (14) days.

2. In accordance with 11 U.S.C. Sections 349(b)(1) and (2), any transfer avoided under Section 522, 544, 545, 547, 548, 549 or 724(a) of Title 11, or preserved under Section 510(c)(2), 522(i)(2) or 551 of Title 11 is reinstated; any lien voided under Section 506(d) of Title 11 is reinstated; and any Order, judgment or transfer ordered under Section 522(i)(1), 542, 550, or 553 of Title 11 is vacated.

3. All property of the estate, except payments made by the Debtor to the Trustee, shall revest in the Debtor as of the date of this Order pursuant to 11 U.S.C. Section 349.

4. As soon as practicable, the Trustee shall distribute payments received from the Debtor(s) in accordance with the terms of the confirmed Plan. 11 U.S.C. Section 1326(a)(2).

BY THE COURT:

Dated:

_____
United States Bankruptcy Judge