```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                         Case No. 19-13953-KHT
Stephanie L. Smallfoot                                         Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: admin              Page 1 of 1       Date Rcvd: May 26, 2020
                              Form ID: pdf904          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2020.
db             +Stephanie L. Smallfoot,    9559 W. Coal Mine Ave., #H,    Littleton, CO 80123-8030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2020 at the address(es) listed below:
              Abbey Dreher    on behalf of Creditor    Amerihome Mortgage Company, LLC co.ecf@bdfgroup.com
              Adam Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              Adam M Goodman     mail@ch13colorado.com, agoodman13@ecf.epiqsystems.com
              Angela Hopkins    on behalf of Creditor    Lexington Village One Condominium Association, Inc.
               Angela@WesternLawGroup.com, angelahopkins14@gmail.com
              Joseph D. DeGiorgio    on behalf of Creditor    Amerihome Mortgage Company, LLC
               josephde@bdfgroup.com
              Robert Salter    on behalf of Debtor Stephanie L. Smallfoot roberts@coloradobankruptcyrelief.com,
               rsalter05@gmail.com;allstatelaw@ecf.courtdrive.com;r63673@notify.bestcase.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                            TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:

STEPHANIE L. SMALLFOOT,

Debtor.

Bankruptcy Case No. 19-13953 KHT

Chapter 13

## ORDER AND NOTICE OF PRELIMINARY HEARING

PLEASE TAKE NOTICE that the following matter has been set for a preliminary hearing to be held on **Thursday, June 4, 2020 at 1:30 p.m.** in Courtroom D, U.S. Custom House, 721 19th Street, Denver, Colorado. Your matter has been set for a non-evidentiary hearing of not more than fifteen (15) minutes. If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing will be used as a scheduling conference and the matter will be reset to a later date.

Parties shall call 1-888-684-8852 at the scheduled time of the hearing. The access code for the conference call is **4168567**. Please stay on the line until the court operator takes the roll call and the hearing begins.

The matter set is: Lexington Village One Condominium Association, Inc.'s Motion to Dismiss Case (Docket No. 57) and Debtor's Response (Docket No. 59)

NOTICE IS FURTHER GIVEN that in the event the matter is resolved, the hearing shall be vacated only upon (1) receipt of a stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or via telephone, who shall read the agreement into the record.

DATED this 26th day of May, 2020

BY THE COURT:

_Kimberley H. Tyson_
Kimberley H. Tyson
United States Bankruptcy Judge